| | | |
|---|---|---|
| JUAN FALON and MAURILIO ABURTO | Plaintiff(s) | INDEX# 25-CV-6759 |
| against | | Date filed 8/15/2025 |
| YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., VLADISLAV DJOURAEV, YUVAL AROETY and YURI ISHAKOV | Defendant(s) | |

STATE OF NEW YORK      COUNTY OF ALBANY

## SECRETARY OF STATE - AFFIRMATION OF SERVICE

**PAUL J. SANTSPREE SR.** being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **10/20/225** at **1:20 PM**, at the office of the Secretary of State, of the State of New York in the City of Albany, New York at 99 Washington Avenue, he/she served a true copy of a

### NOTICE OF INITIAL PRETRIAL CONFERENCE SUMMONS IN A CIVIL ACTION AND COMPLAINT,

on **YORK BAGELS INC, Defendant** in this action.

By delivering to and leaving with **RHONYE BOWERY**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00, unless exempt by law. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

**Description**      The process server's perception of the description of the person served is as follows:

A Female with Black race, Brown hair, who is approximately 54 years of age
and has an approximate height of 5' 9" and approximate weight of 165 pounds.

Other identifying features are as follows: Glasses.

I affirm this 21 day of October 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*[signature]*
10/21/2025 - PAUL J. SANTSPREE SR.

METRO PROCESS SERVERS OF NY, INC. - 29-17A 23 AVENUE - ASTORIA, NY 11105 - 718-440-3144