## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 25-CV-6759

Date Filed: 8/18/2025

Plaintiff:
**JUAN FALCON & MAURILIO ABURTO**

vs.

Defendant:
**YORK BAGELS, INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS, INC., ET AL**

For:
COLIN MULHOLLAND
COLIN MULHOLLAND, ESQ
30-97 STEINWAY STREET
#301A
ASTORIA, NY 11103

Received by Metro Process Servers of NY, Inc. to be served on **VLADISLAV DJOURAEV, 82-33 190TH STREET, HOLLIS, NY 11423**.

I, Sophocles Tsouros, do hereby affirm that on the **16th day of October, 2025 at 2:56 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT JURY TRIAL DEMANDED & NOTICE OF INITIAL PRETRIAL CONFERENCE** with the date and hour of service endorsed thereon by me, to: **VLADISLAV DJOURAEV** at the address of: **82-33 190TH STREET, HOLLIS, NY 11423**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Upon information and belief I aver that the defendant is not in military service of New York State or the United States as that term is defined in either the state or in the federal statutes.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'7", Weight: 170, Hair: Dark Brown, Glasses: N

Pursuant to NY CPLR § 2106. I affirm this 16TH day of OCTOBER 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server, in good standing, in the judicial circuit in which the process was served.

_____
Sophocles Tsouros
2050879-DCA

Metro Process Servers of NY, Inc.
29-17A 23rd Ave.
Astoria, NY 11105
(718) 440-3144

Our Job Serial Number: MRO-2025001569

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

