UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 JUAN FALCON and MAURILIO ABURTO,

                      Case No.: 1:25-cv-6759 (AS) (SN)

                Plaintiffs,

                      **NOTICE OF APPEARANCE**

     -against-

YORK BAGELS INC. D/B/A BAGELS & CO.,
AMSTERDAM AVE BAGELS INC., VLADISLAV
DJOURAEV, YUVAL AROETY, and YURI
ISHAKOV,

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendants in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

 Dated:  Jamaica, New York
         November 5, 2025

                                      Respectfully submitted,
                                      **SAGE LEGAL LLC**
                                      By:  */s/ Emanuel Kataev, Esq.*
                                      Emanuel Kataev, Esq.
                                      18211 Jamaica Avenue
                                      Jamaica, NY 11423-2327
                                      (718) 412-2421 (office)
                                      (917) 807-7819 (cellular)
                                      (718) 489-4155 (facsimile)
                                      emanuel@sagelegal.nyc
                                      *Attorneys for Defendants*
                                      *York Bagels Inc. d/b/a Bagels & Co.,*
                                      *Amsterdam Ave Bagels Inc., Vladislav*
                                      *Djouraev, Yuval Aroety, and Yuri Ishakov*

**VIA ECF**
Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106
cmulhollandesq@gmail.com
*Attorneys for Plaintiffs*
*Juan Falcon and*
*Maurilio Aburto*