# Sage Legal LLC

18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc

November 14, 2025

**VIA ECF**
United States District Court
Southern District of New York
Attn: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

      Re:    **Falcon, *et ano.* v. York Bagels Inc., *et al.***
               **Case No.: 1:25-cv-6759 (AS) (SN)**

Dear Judge Subramanian:

      This firm represents the Defendants in this case, and respectfully submits this letter motion for an adjournment of the conference scheduled for November 19, 2025 at 2:30 PM.

      Pursuant to § 3(E) of this Court's Individual Practices, Defendants respectfully submit that: (i) the conference is scheduled for November 19, 2025 at 2:30 PM; (ii-iii) there have been no previous requests for an adjournment of this conference; (iv) the reason for this request is because your undersigned has a previously scheduled settlement conference at the same time before Hon. Taryn A. Merkl, U.S.M.J., in the matter of Fair Housing Justice Center, Inc. *v.* Niayzov, Case No.: 1:24-cv-4201 (LDH) (TAM) ("Niayoz");[1] (v) Plaintiff consents; and (vi) Defendants do not believe that this request affects any other scheduled Court appearance or deadline.

      Based on the foregoing, Defendants respectfully submits that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested adjournment. See Fed. R. Civ. P. 6(b)(1)(A). Defendants thank this Court for its time and attention to this case.

Dated:  Jamaica, New York           Respectfully submitted,
           November 14, 2025           **SAGE LEGAL LLC**
                                                         */s/ Emanuel Kataev, Esq.*
                                                       Emanuel Kataev, Esq.
                                                       18211 Jamaica Avenue
                                                       Jamaica, NY 11423-2327
                                                       (718) 412-2421 (office)
                                                       (917) 807-7819 (cellular)
                                                       (718) 489-4155 (facsimile)
                                                       emanuel@sagelegal.nyc
                                                       *Attorneys for Defendants*

---

[1] Although I have not formally appeared in this case, I am representing two (2) individual defendants and their real estate brokerage based on a limited scope retainer as set forth in a submission by the Plaintiffs' attorney in that case. See Niayoz, ECF Docket Entry 112 (listing your undersigned as an attorney carbon copied on correspondence related to a settlement conference before Judge Merkl).

**VIA ECF**
Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106
cmulhollandesq@gmail.com

*Attorneys for Plaintiffs*
*Juan Falcon and*
*Maurilio Aburto*