UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN FALCON and MAURILIO ABURTO,<br><br>Plaintiffs,<br><br>-against-<br><br>YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., VLADISLAV DJOURAEV, YUVAL AROETY and YURI ISHAKOV,<br><br>Defendants. | 25-CV-6759 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **August 25, 2025** Order, **Dkt. 13**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **November 13, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 26, 2025**. Per Defendants' unopposed request, the remote initial pretrial conference is hereby adjourned to **December 2, 2025**. **Same time, same dial-in information**. The Clerk of Court is directed to terminate the motion at Dkt. 21.

SO ORDERED.

Dated: November 18, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge