UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN FALCON and MAURILIO ABURTO,

                Plaintiffs,

      -against-

YORK BAGELS INC., et al.,

                Defendants.

25-CV-6759 (AS)

MEDIATION REFERRAL
ORDER

ARUN SUBRAMANIAN, United States District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed

Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and

are directed to participate in the mediation in good faith. The mediation will have no effect upon

any scheduling Order issued by this Court without leave of this Court.

      SO ORDERED.

Dated:  December 1, 2025
         New York, New York

_____
   ARUN SUBRAMANIAN
   United States District Judge