UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN FALCON and MAURILIO ABURTO, | |
| Plaintiffs, | |
| -against- | 25-CV-6759 (AS) |
| YORK BAGELS INC., et al., | ORDER |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court has been informed that the parties have reached a settlement. On or before **August 14, 2026**, plaintiffs should submit the settlement agreement and any documentation of their fees and disbursements for Court approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), or otherwise file a dismissal of the case if there is an accepted offer of judgment pursuant to Federal Rule of Civil Procedure 68.

All pending deadlines in this case are adjourned *sine die*.

SO ORDERED.

Dated: August 4, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge