# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

August 14, 2026

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Arun Subramanian, U.S.D.J.
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

>         *Re:*    **Falcon*, et ano.* v. York Bagels Inc.*, et al.***
>                  <u>**Case No.: 1:25-cv-6759 (AS) (SN)**</u>

Dear Judge Subramanian:

This firm represents the Defendants in the above-referenced case. Defendants respectfully submit this consent letter motion for a two (2) week extension, from August 14, 2026 through and including August 28, 2026, to submit the required papers in accordance with the Court's August 4, 2026 Order (ECF Docket Entry 28). Plaintiffs consent to this request.

Plaintiffs' counsel first transmitted proposed settlement papers, including the agreement, proposed stipulations of dismissal, and confessions of judgment, on August 3, 2026. The undersigned forwarded those materials to Defendants for review and has followed up, but has been unable to meet with them and obtain final instructions concerning the material settlement terms. During the same period, undersigned counsel was required to travel to Virginia for an appearance before the Hon. Roderick C. Young, U.S.D.J. in the United States District Court for the Eastern District of Virginia, Richmond Division on August 12, 2026 and, prior thereto, had a court appearance before the New York City Civil Court, Kings County on August 11, 2026, a mediation in a federal wage-and-hour case on August 7, 2026, a court appearance before the New York City Civil Court, Kings County on August 6, 2026, a court appearance before the Supreme Court of the State of New York, Kings County on August 5, 2026, a court appearance before the Sag Harbor Village Justice Court on August 4, 2026 with a later appearance before the Supreme Court of the State of New York, Nassau County that same day, and a court appearance before the Supreme Court of the State of New York, New York County on August 3, 2026. The foregoing engagements involved significant preparation and substantial travel time from where your undersigned counsel resides in Great Neck, New York. Those overlapping professional engagements, together with the need for direct client consultation, prevented completion of the settlement review by today's deadline.

Defendants recognize that this request is being made fewer than two business days before the deadline identified in ¶ 3(E) of the Court's Individual Practices ("Individual Rules"). Counsel continued efforts through August 13 in an attempt to complete final client review by August 14. After those efforts did not yield final client instructions, it became apparent that more time would be required. Defendants thus make this request promptly upon that realization and not for purposes of delay.

Hon. Arun Subramanian, U.S.D.J.
United States District Court
Southern District of New York
August 14, 2026
Page | 2

Consistent with ¶ 3(E) of the Individual Rules, Defendants respectfully submit that: (i) the original deadline is August 14, 2026; (ii) there have been no previous requests to extend this deadline; (iii) no such request has been granted or denied; (iv) the reasons for the requested extension are set forth above; (v) Plaintiffs consent; and (vi) the docket does not reflect a next scheduled appearance, and the Court's August 4, 2026 Order adjourned all other pending deadlines *sine die*, so the requested extension will not affect any other appearance or deadline.

Based on the foregoing, Defendants respectfully submit that good cause exists for the Court to exercise its discretion in favor of granting the requested extension. See Fed. R. Civ. P. 6(b)(1)(A).

Defendants thank the Court for its time and attention to this matter.

Dated:  Jamaica, New York
        August 14, 2026                          Respectfully submitted,

                                                 **SAGE LEGAL LLC**

                                                 */s/ Emanuel Kataev, Esq.*
                                                 Emanuel Kataev, Esq.
                                                 18211 Jamaica Avenue
                                                 Jamaica, NY 11423-2327
                                                 (718) 412-2421 (office)
                                                 (917) 807-7819 (cellular)
                                                 (718) 489-4155 (facsimile)
                                                 emanuel@sagelegal.nyc

                                                 *Attorneys for Defendants*

**VIA ECF**
Colin Mulholland, Esq.
3636 33rd Street, Suite 308
Astoria, NY 11106
cmulhollandesq@gmail.com

*Attorneys for Plaintiffs*