# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

September 17, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

The parties have an agreement in circulation, but we are waiting to hear back from certain parties. Plaintiff would respectfully ask the Court for a two-week extension to submit the Cheeks paperwork.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*