# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

October 2, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

The Defendant have recently proposed several revisions to the parties proposed settlement agreement which the undersigned would need another week to review with Plaintiffs. The parties jointly and respectfully request that the Court would so permit the parties until on or before October 16, 2026 to submit their Cheeks motion,

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

The request for an extension is GRANTED. The parties are ordered to submit their Cheeks motion on or before October 16, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 33.

SO ORDERED.

Arun Subramanian, U.S.D.J.

Date: October 2, 2026