# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com


October 16, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

The parties apologize for the delay in this matter. However, the parties have some serious disputes about the language to include in their settlement agreement that they have only recently been able to winnow down. The parties jointly and respectfully request that the Court would so permit the parties until on or before November 3, 2026 to submit their Cheeks motion.


*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*