# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 3, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

The parties have finally reached a final long form agreement for client execution after exchanging several drafts. If the Court would so permit the parties one more week to secure the necessary signatures and notarizations for the agreement, the parties would respectfully request the same.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

The extension is GRANTED. The parties should submit their *Cheeks* motion on or before November 10, 2026.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 37.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 4, 2026