# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 12, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

Plaintiffs have signed the agreement however we are waiting for the Defendants to execute their agreement and confessions of judgment.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*