# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 12, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

Plaintiffs have signed the agreement however we are waiting for the Defendants to execute their agreement and confessions of judgment.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Defendants are ordered to either take these steps by 5 PM on November 19, 2026 (in which case the parties should furnish the Court with a joint letter-motion by November 20 at 9 AM apprising the Court of the next steps in the case) or the parties should appear in Courtroom 15A, 500 Pearl Street, at 12 PM ET on November 20, 2026.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 17, 2026