# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com


November 19, 2026

**BY ECF**
Honorable Arun Subramanian
United States District Judge
500 Pearl St.
New York, NY 10007-1312

Re: Falcon et al v. York Bagels Inc. d/b/a Bagels & Co. et al.
**25-cv-06759** (AS)

Your Honor,

The parties jointly thank the Court for its patience with this matter.

The Defendants have returned counter signed copies of their Agreement and Confessions of Judgment. I have a full proposed copy of the joint Cheeks motion out for the review of Defense counsel.

My understanding is that Mr. Kataev is travelling and might need until tomorrow to review the Cheeks submission. With the Court's permission, I will submit the Cheeks motion tomorrow and that the in-person conference be adjourned.


*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*


The parties are ordered to submit their Cheeks motion tomorrow, November 20, 2026. The in-person conference scheduled for November 20, 2026 is cancelled.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 41.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 20, 2026