| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpaymen Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Maurilio Aburto** | 10/14/23 | 12/30/2023 | 11 | 60 | 3 | $ 12.50 | $ 18.75 | $ 15.00 | $ 22.50 | $1,050.00 | $ 500.00 | $ 550.00 | $ 6,050.00 | $ 6,050.00 | $ 495.00 | $ 495.00 | $ 5,000.00 | $ 5,000.00 | $ 1,317.80 | $ 107.82 | $ 24,515.62 |
| | 12/31/23 | 2/26/2024 | 8 | 60 | 3 | $ 12.50 | $ 18.75 | $ 16.00 | $ 24.00 | $1,120.00 | $ 500.00 | $ 620.00 | $ 4,960.00 | $ 4,960.00 | $ 384.00 | $ 384.00 | | | $ 997.22 | $ 77.20 | $ 11,762.42 |
| | | | | | | | | | | | | Total: | **$ 11,010.00** | **$ 11,010.00** | **$ 879.00** | **$ 879.00** | **$ 5,000.00** | **$ 5,000.00** | **$ 2,315.02** | **$ 185.02** | **$ 36,278.05** |

1 **This chart is based upon preliminary information and the expected testimony of Plaintiffs.**

2 **Plaintiffs reserve the right to correct or amend this chart.**

3 **This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.**

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Juan Falcon** | 11/20/23 | 12/30/2023 | 6 | 60 | 3 | $ 12.50 | $ 18.75 | $ 15.00 | $ 22.50 | $1,050.00 | $ 500.00 | $ 550.00 | $ 3,300.00 | $ 3,300.00 | $ 270.00 | $ 270.00 | $ 5,000.00 | $ 5,000.00 | $ 703.75 | $ 57.58 | $ 17,901.33 |
| | 12/31/23 | 3/4/2024 | 9 | 60 | 3 | $ 12.50 | $ 18.75 | $ 16.00 | $ 24.00 | $1,120.00 | $ 500.00 | $ 620.00 | $ 5,580.00 | $ 5,580.00 | $ 432.00 | $ 432.00 | | | $ 1,117.05 | $ 86.48 | $ 13,227.53 |
| | | | | | | | | | | | | Total: | **$ 8,880.00** | **$ 8,880.00** | **$ 702.00** | **$ 702.00** | **$ 5,000.00** | **$ 5,000.00** | **$ 1,820.80** | **$ 144.06** | **$ 31,128.86** |

1 **This chart is based upon preliminary information and the expected testimony of Plaintiffs.**

2 **Plaintiffs reserve the right to correct or amend this chart.**

3 **This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.**