# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com


Re: Falcon, et al. v. York Bagels Inc. d/b/a Bagels & Co., et al.
Case No.: 1:25-cv-6759 (AS) (SN)

Your Honor,

Please find below a statement of the time and expenses the undersigned put into this matter in support of Plaintiff's application to approve the settlement agreement presented to the Court.

| Date | Work | |
|---|---|---|
| 6/2/25 | Draft Complaint 1.6 | 1.6 |
| 8/15/25 | Finalize Complaints and initiating docs 1.2 | 1.2 |
| 11/26/25 | Case management order .3 | 0.3 |
| 2/5/26 | Discussion re mediation schedule .1 | 0.1 |
| 2/27/26 | Discussion re mediation scheduling .2 | 0.2 |
| 4/23/26 | Mediation 2.5 | 2.5 |
| 8/3/26 | Draft Settlement papers .8 | 0.8 |
| 8/13/26 | Emails with OC .1 | 0.1 |
| 8/14/26 | Emails with OC .1 | 0.1 |
| 9/17/26 | Motion to extend .1 | 0.1 |
| 10/2/26 | Letter to Extend .1 | 0.1 |
| 10/14/26 | Review Defendants edits and counter edits .6 | 0.6 |
| 10/16/26 | Edit to Agreement .2 | 0.2 |
| 11/3/26 | Review revisions, letter to extend .2 | 0.2 |
| 11/12/26 | Letter Re Status .1 | 0.1 |
| 11/18/26 | Finalize confession and discussion with OC .3 | 0.3 |
| 11/19/26 | Emails and calls with OC .3, assemble final docs and review cheeks 1.1 | 1.1 |

| | | |
|---|---|---|
| Total Hours | | 9.6 |
| Best Rate: $375 | $ | 3,600.00 |
| Filing Fee | $ | 405.00 |
| Service Fees | $ | 523.00 |

| | | |
|---|---|---|
| Total Lodestar | $ | 4,528.00 |

The undersigned thanks the Court for its attention to this matter.

Date: November 19, 2026

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019

# INVOICE

**METRO PROCESS SERVERS OF NY INC**

PAID

**Invoice No#**: INV# 2025001569-1573
**Invoice Date**: Oct 23, 2025

**$0.00**

**AMOUNT DUE**

**BILL TO**
COLIN MULHOLLAND
cmulhollandesq@gmail.com

| # | ITEMS & DESCRIPTION | QTY/HRS | PRICE | AMOUNT($) |
|---|---|---|---|---|
| 1 | SOUTHERN 25-CV-6759<br>2 SOS 4 INDIVIDUALS | 1 | $535.00 | $535.00 |

| | |
|---|---|
| Subtotal | $535.00 |
| **TOTAL** | **$535.00 USD** |
| Amount paid | $535.00 |
| **AMOUNT DUE** | **$0.00 USD** |