**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JUAN FALCON and MAURILIO ABURTO,

*Plaintiffs*,

-against-

YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., VLADISLAV DJOURAEV, YUVAL AROETY and YURI ISHAKOV,

*Defendants*.

-----------------------------------------------------X

**Case No: 1:25-cv-6759 (AS) (SN)**

**EXHIBIT B-2**
**STIPULATION OF DISMISSAL FOR DEFENDANTS YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., VLADISLAV DJOURAEV and YURI ISHAKOV**

**WHEREAS**, the Court having reviewed the submissions of counsel, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The duly executed settlement agreement, which includes, among other things, a waiver and release of the Plaintiffs' claims pursuant to the Fair Labor Standards Act of 1938 and New York Labor Law, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

1. The settlement agreement is approved as a fair and reasonable disposition of the Plaintiffs' claims;

2. This action as against Defendants YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., VLADISLAV DJOURAEV and YURI ISHAKOV, including all claims asserted by the Plaintiffs herein, is hereby dismissed with prejudice, without costs to either party as against the other, as to all claims, causes of action, and Defendants YORK BAGELS INC. D/B/A BAGELS & CO., AMSTERDAM AVE BAGELS INC., VLADISLAV DJOURAEV and YURI ISHAKOV, pursuant to Rules 21 and 41(a)(2), as applicable, of the Federal Rules of Civil Procedure;

3. Each party shall bear its own costs, expenses, and attorneys' fees, except for the consideration expressly allocated in the approved Settlement Agreement and relief otherwise required by applicable law; and

4. The Court shall retain jurisdiction solely to enforce the approved Settlement Agreement. Dismissal with prejudice is not conditioned on completion of the installments and does not authorize entry of a confession or determination of default without compliance with paragraph 2(b).

Dated: New York, New York
______________, 2026

_*/s/ Emanuel Kataev, Esq.*__
Emanuel Kataev, Esq.
Sage Legal LLC
Attn: Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendants*

Colin Mulholland, Esq.
36-36 33rd Street
Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiffs*

**SO-ORDERED:**

______________________________